R. H. CLARK ET AL. v. SAPHRONIA HENDERSON ET AL.

(Filed 19 December, 1930.)

**Appeal and Error F a—In order for matter to be considered on appeal it must be presented by assignment of error.**

> Matter discussed in appellant's brief must be presented by assignment of error to be considered on appeal.

APPEAL by plaintiffs from *MacRae, Special Judge,* presiding at March Term, 1930, of MADISON. No error.

This is an action to recover possession of land upon the allegation in the complaint that plaintiffs are the owners and entitled to the possession of the land described therein. This allegation is denied by defendants in their answer.

The first issue submitted to the jury was answered as follows:

"1. Are the plaintiffs the owners and entitled to the possession of the land described in the complaint?  Answer: No."

From judgment on the verdict that plaintiffs are not the owners, and are not entitled to recover possession of the land described in the complaint, plaintiffs appealed to the Supreme Court.

*J. Coleman Ramsay and John H. McElroy for plaintiffs.*
*John A. Hendricks and Guy V. Roberts for defendants.*

PER CURIAM.  The only assignment of error set out in the transcript filed in this Court on plaintiffs' appeal, is based on their exception to the judgment.  There is no error in the judgment.  It is supported by the verdict.

The contention of plaintiffs that there was error in the instruction of the court to the jury with respect to the first issue, although discussed in the brief filed for plaintiffs in this Court, cannot be considered for the reason that this contention is not presented by an assignment of error made as required by the rules of this Court.  See Rules of Practice in the Supreme Court, 192 N. C., 839.  Rule 19, sec. 3.

No error.